JULY 20, 1960

Reap. Dec. 9749.—General Electric Company (X-Ray Department) v. United States, reappraisement R59/13282.— ▮▮▮▮▮▮ Entered at Chicago, Ill. (Not published.)    Motion by plaintiff.